OPINION — AG — QUESTION: MAY THE UNIVERSITY OF OKLAHOMA VOLUNTARILY REQUIRE ITS CUSTOMERS TO PAY A 1 PER CENT TAX ON THE SALES MADE BY IT TO ALL OF ITS CUSTOMERS WITH THE UNDERSTANDING THAT ALL SUCH MONIES COLLECTED SHALL BE THE PROPERTY OF THE CITY OF NORMAN AND SHALL BE PAID TO THE CITY OF NORMAN? — NEGATIVE CITE: 68 O.S. 1965 Supp., 2701 [68-2701] (JOSEPH MUSKRAT) ** SEE: OPINION NO. 69-342 (1970) **